01/2012

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:

LUIS LOPEZ MARTHA HURTADO

Debtor(s)

) Chapter 13
) Bankruptcy Case No.
)
)
)

## DECLARATION REGARDING ELECTRONIC FILING PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

I (We), LUIS LOPEZ and MARTHA HURTADO the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the documents are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

x LUIS T. LOPEZ
Printed or Typed Name of Debtor or Representative

Printed or Typed Name of Joint Debtor

x  /s/ Luis T. Lopez
Signature of Debtor or Representative

Signature of Joint Debtor

1/14/13
Date

Date

01/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:

LUIZ LOPEZ MARTHA HURTADO

Debtor(s)

) Chapter  13
) Bankruptcy Case No.
)
)
)

## DECLARATION REGARDING ELECTRONIC FILING PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

I (We), LUIS LOPEZ and MARTHA HURTADO the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the documents are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

X Martha Hurtado
_____
Printed or Typed Name of Debtor or Representative

_____
Printed or Typed Name of Joint Debtor

X /s/ Martha Hurtado
_____
Signature of Debtor or Representative

_____
Signature of Joint Debtor

1/14/13
_____
Date

_____
Date